# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP 30 AM 10: 41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Keith Armstrong

Docket No. 2:94CR20238-001

## Petition on Probation and Supervised Release

**COMES NOW** _____GERALD HUNT_____, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of _Keith Armstrong_, who was placed on supervision by the Honorable Odell Horton sitting in the Court at _Memphis, TN._, on the _11_ day of _April_, 19_96_ who fixed the period of supervision at _two (2) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

\* On September 11, 2005, Supervised Release began in the Western District of Tennessee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Based on previous substance abuse history, it appears Mr. Armstrong would benefit from enrollment in a drug program. Mr. Armstrong indicated his willingness to participate in such program as evidenced by his signature on the attached waiver.

**PRAYING THAT THE COURT WILL ORDER** the modification of the conditions of Mr. Armstrong's Supervised Release to require participation in drug treatment and testing as directed by the Probation Office.

**ORDER OF COURT**

Considered and ordered this _30_ day of _Sept._, 20_05_, and ordered filed and made a part of the records in the above case.

_Jon P. McCalla_
United States District Judge

**Respectfully,**

_Gerald Hunt_
Gerald Hunt
U. S. Probation Officer

Place: _Memphis, Tennessee_

Date: _September 21, 2005_

This document entered on the docket sheet in compliance with Rule 58 and/or 32(b) FRCrP on _10-3-05_

118

# United States District Court

Western District Tennessee

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
You shall participate in a program which may include inpatient
therapy for treatment of drug/alcohol dependency, including testing
to determine if you have reverted to the use of drugs/alcohol. You
shall also abstain from the use of drugs/alcohol during and after
the course of treatment.
```

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

9-12-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:94-CR-20238 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT